JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LUIS MANUEL SILVA RODRIGUEZ, | Case No. 5:26-cv-03632-AJR |
| Petitioner, | |
| v. | **JUDGMENT** |
| MARKWAYNE MULLIN, ET AL., | |
| Respondents. | |

IT IS HEREBY ADJUDGED that the Petition is GRANTED.

Respondents shall immediately release Petitioner Luis Manuel Silva Rodriguez (A# 221-462-771) ("Petitioner") from custody without conditions and return any confiscated property and documents to Petitioner upon release. The Court declares that Petitioner is not subject to mandatory detention under 8 U.S.C. § 1225(b)(2), but instead was detained pursuant to 8 U.S.C. § 1226(a). Respondents shall not re-detain Petitioner pursuant to 8 U.S.C. § 1226 without providing at least seven (7) days' notice and a pre-deprivation bond hearing. The pre-deprivation bond hearing shall occur before an Immigration Judge at which the

Government bears the burden of proof to show by clear and convincing evidence that Petitioner is a flight risk or a danger to the community and that no condition or combination of conditions could reasonably assure Petitioner's future appearance and/or the safety of the community.  The Immigration Judge must conduct an individualized assessment of Petitioner's suitability for bond in light of the forgoing standard.  Respondents shall file a notice of compliance **within three days**.

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED:  July 10, 2026

_____
HON. A. JOEL RICHLIN
UNITED STATES MAGISTRATE JUDGE

2